Melinda M. Morton (SBN 228032)
mindy.morton@procopio.com
Danielle A. Ocampo (SBN 353484)
danielle.ocampo@procopio.com
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
3000 El Camino Real
Five Palo Alto Square, Suite 400
Palo Alto, CA 94306
Telephone: 650.645.9000
Facsimile: 619.235.0398

*Attorneys for Defendant*
CAREMETX, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE DE ROULHAC, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CAREMETX, LLC, a Maryland limited liability company; and DOES 1 through 25, inclusive,<br><br>*Defendants.* | Case No. 2:26-cv-00983-FLA (MBKx)<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(1), 12(b)(2), & 12(b)(6)**<br><br>(Filed concurrently with Memorandum of Points & Authorities; [Proposed] Order; Declaration of Elizabeth Dresing; Declaration of Melinda M. Morton)<br><br>Date: April 17, 2026<br>Time: 1:30 p.m.<br>Dept.: 6B<br>Judge: Hon. Fernando L. Aenlle-Rocha<br><br>Complaint Filed: January 30, 2026<br><br>Trial Date: None Set |

**TO ALL PARTIES AND COUNSEL OF RECORD: PLEASE TAKE NOTICE** that on April 17, 2026, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 6B of the United States District Court for the Central District of California at 350 W 1st Street, Suite 4311, Los Angeles, CA 90012. Defendant CAREMETX, LLC ("Defendant" or "CareMetx") will and hereby does move to dismiss Plaintiff's Complaint with prejudice. This Court should dismiss the Complaint because Plaintiff lacks standing under Federal Rule of Civil Procedure 12(b)(1) and fails to state a claim pursuant to 12(b)(6). Additionally, this Court lacks personal jurisdiction over CareMetx pursuant to Rule 12(b)(2).

This motion is brought pursuant to Federal Rule of Civil Procedure 12(b) and is based on the Complaint, this Notice of Motion and Motion to Dismiss, the supporting Memorandum of Points and Authorities, the Declaration of Elizabeth Dresing in support thereof, the Declaration of Melinda M. Morton in support thereof, and any further materials that may be presented at the hearing on this matter.

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 10, 2026. Defendant's good faith efforts to meet and confer in compliance with Local Rule 7-3 are further detailed in the Declaration of Melinda M. Morton.

/ /

/ /

/ /

Respectfully submitted,

DATED: March 19, 2026

PROCOPIO, CORY, HARGREAVES & SAVITCH LLP

By: /s/ *Melinda M. Morton*

Melinda M. Morton
Danielle A. Ocampo
*Attorneys for Defendant*
CareMetx, LLC