Robert Tauler (SBN 241964)
rtauler@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 1100
Los Angeles, California 90017
Tel: (213) 927-9270

*Attorneys for Plaintiff*
*Claire de Roulhac*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAIRE DE ROULHAC, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>        v.<br><br>CAREMETX, LLC, a Maryland limited liability company; and DOES 1 through 25, inclusive,<br><br>              Defendants. | Case No. 2:26-cv-00983-FLA-MBK<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Claire de Roulhac and Defendant CareMetx, LLC have reached a resolution of the above-captioned case. The Parties are working on the final settlement papers and expect Plaintiff will dismiss her individual claims with prejudice within the next 45 days.

DATED: April 2, 2026                    **TAULER SMITH LLP**


                                        By:    */s/ Robert Tauler*
                                               Robert Tauler, Esq.
                                               Attorneys for Plaintiff
                                               Claire de Roulhac